1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8

9   JONATHAN LEE RICHES,                    )
                                            )
10                    Plaintiff,            )     Case No. 3:10-cv-0190-LRH-VPC
                                            )
11  vs.                                     )
                                            )     **ORDER**
12  LIFE & STYLE WEEKLY, *et al.*,          )
                                            )
13  _____Defendants._____             )

14          Plaintiff, an inmate proceeding *pro se*, has submitted a letter to the Court titled as a "Preliminary

15  Injunction, Temporary Restraining Order." (#1).  However, Plaintiff has not paid the $350.00 filing fee

16  and did not submit an application to proceed *in forma pauperis* with a signed and executed financial

17  certificate and a copy of his inmate trust account statement as required by 28 U.S.C. §1915(a)(1) and

18  Local Rules LSR 1-1 and 1-2.  Plaintiff has not submitted a complaint in this case.  The submission of

19  a letter to the Court without a complaint is not sufficient to commence a civil action.  The Local Rules

20  further require that the complaint be made on the forms provided by this court.  LSR 1-4 and 2-1.

21          **IT IS THEREFORE ORDERED** that the Clerk of the Court shall send Plaintiff a blank

22  application form for an application to proceed *in forma pauperis* for incarcerated litigants with

23  instructions and a blank civil rights complaint form with instructions.

24          **IT IS FURTHER ORDERED** that the action is **DISMISSED** without prejudice for Plaintiff's

25  commencement of a **NEW** action in which he either pays the $350.00 filing fee in full or submits a

26  complete application to proceed *in forma pauperis*, accompanied by a properly executed financial

27  certificate and a copy of his inmate trust account statement, and a complaint on the proper forms.

28  ///

1    **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

2    DATED this 4th day of May, 2010.

3

4

5    _____
     LARRY R. HICKS
6    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            2