# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN LEE RICHES,<br>UMAR FAROUK ABDULMUTALLAB,<br>　　　　Plaintiffs,<br>vs.<br>LIFE & STYLE WEEKLY, *et al.*,<br>　　　　Defendants. | 3:10-cv-00190-LRH-VPC<br><br>**ORDER** |

　　　　On April 2, 2010, plaintiff Jonathan Lee Riches attempted to initiate a civil action in this court; however, he failed to submit a complaint and also failed to submit an application to proceed *in forma pauperis* or pay the filing fee. On May 4, 2010, the court dismissed this action without prejudice (docket #3) and directed plaintiff, if plaintiff chooses, to file a new action and include a complaint and either an application to proceed *in forma pauperis* or the filing fee. Judgment was entered on May 6, 2010 (docket #4). Before the court is plaintiff's motion for reconsideration (docket #6). Plaintiff's motion is untimely and raises matters unrelated to those raised in docket #1-1, in which he attempted to initiate a civil action. If plaintiff's allegations are based in fact, such allegations should be brought to the attention of the local district court. For good cause appearing, plaintiff's motion is denied.

　　　　**IT IS THEREFORE ORDERED** that plaintiff's motion for reconsideration (docket #6) is **DENIED.**

///

///

1      **IT IS FURTHER ORDERED** that plaintiff's motion by movants to intervene as plaintiffs
2  (docket #7) is **DENIED**.

4      Dated this 28th day of October, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2